## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| CHRISTINA KOROSEC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-CV-05200-JPB-JKL |
| | ) | |
| v. | ) | |
| | ) | |
| APC WORKFORCE SOLUTIONS, LLC | ) | |
| d/b/a WORKFORCE LOGIQ; and GREG | ) | |
| FENTON, | ) | |
| | ) | |
| Defendants. | ) | |

_____

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
_____

Pursuant to Fed. R. Civ. P. 41(A)(ii), Plaintiff Christina Korosec files this stipulation of dismissal with prejudice of all claims raised in this action.  Each party shall bear its own costs and expenses, including its reasonable attorney's fees.

Respectfully submitted this 1st day of June 2022.

**COUNSEL FOR PLAINTIFF**                **COUNSEL FOR DEFENDANTS**

*/s/Marissa R. Torgerson*                */s/Adam C. Keating*
Eleanor M. Attwood                       Adam C. Keating
Georgia Bar No. 514014                   (GA Bar No. 202672)
emattwood@law-llc.com                    akeating@duanemorris.com
Marissa R. Torgerson                     Joseph A. Ciucci
mtorgerson@law-llc.com                   (GA Bar No. 170109)

LEGARE, ATTWOOD & WOLFE, LLC
Decatur Town Center Two
125 Clairemont Ave, Suite 380
Decatur, Georgia 30033
Telephone: (470) 823-4000
Facsimile: (470) 201-1212

ciucci@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree Street, Suite 2000
Atlanta, GA 30309-3448
(404)253-6900
James S. Brown
(CA Bar No. 135810)
(*Pro Hac Vice*)
E-mail: jamesbrown@duanemorris.com
DUANE MORRIS LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
(415)957-3001

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| CHRISTINA KOROSEC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| | ) | NO. 1:20-CV-05200-JPB-JKL |
| | ) | |
| vi. | ) | |
| | ) | |
| APC WORKFORCE SOLUTIONS, LLC | ) | |
| d/b/a WORKFORCE LOGIQ; and GREG | ) | |
| FENTON, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of June 2022, I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using CM/ECF system which will automatically send email or other notification of such filing to the following attorneys of record:

Adam C. Keating
akeating@duanemorris.com

LEGARE, ATTWOOD & WOLFE, LLC

By:   *s/ Eleanor M. Attwood*
      Eleanor M. Attwood
      Georgia Bar No. 514014

3